**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>ADRIENNE N BROWN WILLIAMS<br><br>Debtor(s) | Case No. 12-33378 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2012, and was converted to chapter 13 on 09/28/2012.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 01/16/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $3,511.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:       $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE HEALTH CARE | Unsecured | 1,135.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 691.71 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 691.71 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 909.48 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 935.20 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 835.19 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,020.98 | NA | NA | 0.00 | 0.00 |
| CBUSA | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DENTAL IMPLANTS | Unsecured | 240.25 | NA | NA | 0.00 | 0.00 |
| CENTURY 21 | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SYSTEMS INC | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 204.37 | NA | NA | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY S' | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY CIRCUIT COURT | Unsecured | 975.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN BANK | Unsecured | 114.09 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN BANK | Unsecured | 114.09 | NA | NA | 0.00 | 0.00 |
| FIRST RESOLUTION INVESTMENT | Unsecured | 2,721.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 6,084.54 | NA | NA | 0.00 | 0.00 |
| HEIGHTS AUTO WORKERS CU | Unsecured | 675.00 | 691.26 | 691.26 | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 1,193.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLLWAY | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 800.00 | 517.16 | 517.16 | 0.00 | 0.00 |
| ISAC | Unsecured | NA | 25,622.04 | 25,622.04 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 834.50 | 834.50 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 774.54 | 774.54 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 301.06 | 502.29 | 502.29 | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 99,000.00 | 121,559.68 | 148,302.02 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDFIRST BANK | Secured | NA | 26,742.34 | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Unsecured | 46,833.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS POLICE DEPT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 3,821.51 | 3,821.51 | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 686.70 | NA | NA | 0.00 | 0.00 |
| PERFORMANCE DENTAL CARE | Unsecured | 133.80 | NA | NA | 0.00 | 0.00 |
| POWELL & MARTELLO | Unsecured | 88.71 | NA | NA | 0.00 | 0.00 |
| PROFFESSIONAL ACCOUNT MGMT | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| RENAISSANCE RECOVEY | Unsecured | 240.25 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 808.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 7,519.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 6,301.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,692.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,185.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,865.00 | NA | NA | 0.00 | 0.00 |
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | 266.50 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA INC | Unsecured | 489.79 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 1,459.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 7,414.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,977.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 14,683.00 | 46,799.79 | 46,799.79 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 10,156.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 7,394.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF HUD | Secured | NA | 7,913.04 | 7,913.04 | 0.00 | 0.00 |
| US DEPT OF HUD | Unsecured | NA | NA | 7,913.04 | 0.00 | 0.00 |
| VILLAGE OF FLOSSMOOR | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/NEW YORK & CO | Unsecured | 224.69 | NA | NA | 0.00 | 0.00 |
| WYSE FINANCIAL SERVICES INC | Unsecured | 1,835.19 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $148,302.02 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $7,913.04 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$156,215.06** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$87,476.13** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/24/2013            By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**